Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Carlton S. KEY, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

No. 05–3108.

United States Court of Appeals, Federal Circuit.

March 16, 2005.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

**Dianne K. FRANKLIN, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5021.

United States Court of Appeals, Federal Circuit.

March 16, 2005.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is